UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENE FRIAS, as Parent and Natural Guardian
of A.F., and MARLENE FRIAS, Individually, et al.,

                     Plaintiffs,

           -against-

DAVID C. BANKS, in his Official Capacity as
Chancellor of the New York City Department of
Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                     Defendants.

23-CV-5803 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received an application from Plaintiffs for declaratory judgment and

pendency order/automatic injunction in connection with their claim for funding for the 2023-

2024 school year under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400.

The Court orders Defendants to respond to Plaintiffs' application by Friday, July 28, 2023.

The Court directs Plaintiffs to serve this order today on Defendants, and to file an affidavit

reflecting such service on the docket of this case by the close of business on Friday, July 21,

2023.

Dated: July 18, 2023
      New York, New York

                           SO ORDERED.

                           *Jessica Clarke*

                           JESSICA G. L. CLARKE
                           United States District Judge